450 A.2d 196

Commonwealth v. Housden, Appellant.

Submitted November 9, 1981. Alphonze P. Lepore, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

The judgment of sentence is affirmed.